No. A–200 (83–1836). BURTON v. BOARD ON PROFESSIONAL RESPONSIBILITY OF THE DISTRICT OF COLUMBIA COURT OF

APPEALS. Ct. App. D. C. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.